UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY W. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-1055 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.


Dated:   March 14, 2016                     /s/ Paul L. Maloney                
                                                         Paul L. Maloney
                                                         United States District Judge